The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JANET LOWREY, | |
|---|---|
| Plaintiff, | Case No. 2:17-cv-00831-RSL |
| v. | **ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES** |
| OREGON MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

This matter having come before the Court on the parties' **STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES** ("Stipulated Motion") and the Court finding good cause, it is hereby **ORDERED** that the Stipulated Motion is **GRANTED,** and trial in this matter is continued to March 4, 2019. The Clerk of Court is directed to enter a scheduling order reflecting the new trial date.

DATED this 5th day of April, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL
AND RELATED DEADLINES - 1
Case No. 2:17-cv-00831-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300