The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANET LOWREY,<br><br>       Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>       Defendant. | Case No. 2:17-cv-00831-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff Janet Lowrey and Defendant Oregon Mutual Insurance Company, by and through their undersigned counsel of record, hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendant Oregon Mutual Insurance Company in the above-captioned case, with prejudice and without any award of costs or attorneys' fees either to Plaintiff or to Defendant Oregon Mutual Insurance Company.

DATED this 21st day of August, 2018.

| FRANK FREED SUBIT & THOMAS | LITTLER MENDELSON, P.C. |
|---|---|
| | */s/ James G. Zissler* |
| Beth Barrett Bloom, WSBA #31702<br>bbloom@frankfreed.com<br>Munia F. Jabbar, WSBA #48693<br>mjabbar@frankfreed.com | James G. Zissler, WSBA #30287<br>jzissler@littler.com<br>Emily Rose Cardenas, WSBA #43180<br>ecardenas@littler.com |
| Attorneys for Plaintiff<br>JANET LOWREY | Attorneys for Defendant<br>OREGON MUTUAL INSURANCE COMPANY |

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. 2:17-cv-00831-RSL

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

# ORDER

Based on the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted in the above-captioned case against Defendant Oregon Mutual Insurance Company are dismissed with prejudice, with Plaintiff Janet Lowrey and Defendant Oregon Mutual Insurance Company each to bear their own attorneys' fees and costs.

DATED this 22nd day of August 2018.

_____
Robert S. Lasnik
United States District Judge

Presented by:

FRANK FREED SUBIT & THOMAS

_____
Beth Barrett Bloom, WSBA #31702
Munia F. Jabbar, WSBA #48693
705 Second Avenue, Suite 1200
Seattle, WA 98104
Phone: (206) 682-6711
bbloom@frankfreed.com
mjabbar@frankfreed.com

Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. 2:17-cv-00831-RSL

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711